Case: 3:24-cv-00334-TMR-PBS Doc #: 7 Filed: 01/02/25 Page: 1 of 15 PAGEID #: 65

ELECTRONICALLY FILED
COURT OF COMMON PLEAS
Monday, November 25, 2024 3:07:28 PM
CASE NUMBER: 2024 CV 06023 Docket ID: 641100714
Mike Foley
CLERK OF COURTS MONTGOMERY COUNTY OHIO

IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, OHIO
CIVIL DIVISION

| | | |
|---|---|---|
| MARIANNE ELLMAN | : | CASE NO. |
| 2100 RIDGEWAY ROAD | : | JUDGE |
| DAYTON, OH 45419, | : | |
| | : | |
| VICKI PORTNOFF | : | |
| 77714 COVE POINTE CIRCLE | : | |
| INDIAN WELLS, CA 92210, | : | |
| | : | |
| JAN BERNIE | : | |
| 60 EAST END AVENUE, APT. 25B | : | |
| NEW YORK, NY 10028, | : | |
| | : | |
| BRUCE BERNIE | : | |
| 33 IRON BOTTOM LANE | : | **COMPLAINT** |
| DANIEL ISLAND, SC 29492, | : | |
| | : | |
| HOWARD BERNIE | : | |
| 39 CHATEAU VALLEY LANE | : | |
| SOUTH LEBANON, OH 45065, | : | |
| | : | |
| KAREN WOLFE | : | |
| 5791 STONE LAKE DRIVE | : | |
| DAYTON, OH 45429, | : | |
| | : | |
| AND | : | |
| | : | |
| STEPHEN BERNIE | : | |
| 3777 BUSHNELL ROAD | : | |
| UNIVERSITY HEIGHTS, OH 44118, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| TRANSAMERICA LIFE INSURANCE | : | |
| COMPANY | : | |
| C/O CT CORPORATION SYSTEM | : | |

| | |
|---|---|
| STATUTORY AGENT | : |
| 4400 EASTON COMMONS WAY | : |
| SUITE 125 | : |
| COLUMBUS, OH 43219, | : |
| | : |
| Defendant. | : |

Now come Plaintiffs Marianne Ellman ("Marianne"), Vicki Portnoff, Jan Bernie, Bruce Bernie, Howard Bernie, Karen Wolfe, and Stephen Bernie (collectively "Plaintiffs"), by and through their undersigned counsel and state the following for their Complaint against Defendant Transamerica Life Insurance Company ("Defendant"):

## PARTIES AND VENUE

1. Plaintiffs are siblings of William A. Bernie, deceased ("William"), and residents of multiple states, including Ohio.

2. Defendant is a foreign corporation organized under the laws of Iowa and licensed to do business in Ohio as a life insurance company.

3. The actions and inactions giving rise to this Complaint occurred in Montgomery County, Ohio.

4. Venue is proper pursuant to Civ.R. 3(C)(3) and (6) because Montgomery County is where Defendant conducted activity that gave rise to the claims for relief is and Montgomery County is where part of the claims for relief arose.

## FACTS

5. Plaintiffs are all siblings of William, who died on November 20, 2023.

6. During his life, William purchased a life insurance policy from Defendant, with policy number 92205706.

7. During the last years of his life, his sister Marianne served as his power of attorney.

8. On or about December 8, 2016, Defendant sent William a letter advising that William had the option of using his policy's net cash surrender value to purchase Alternative Paid-Up life insurance coverage in the amount of $161,197.00 with a maturity date of December 1, 2059. A true and accurate copy of the letter is attached hereto and incorporated herein as **Exhibit A**.

9. Marianne, as William's POA, authorized Defendant to process the Alternative Paid-Up Life Insurance Option ("APLO") on or about December 28, 2016. See page two of **Exhibit A**.

10. Marianne faxed the authorization for the APLO to Defendant at 11:31 am on December 28, 2016. See page three of **Exhibit A**.

11. Marianne received confirmation that her fax to Defendant was received at 9:15 on December 28, 2016. See page four of **Exhibit A**.

12. On or about December 12, 2016, Defendant acknowledged and confirmed that William's change of beneficiaries was received and recorded. A true and accurate copy of the letter is attached hereto as **Exhibit B**.

13. All of the Plaintiffs named above are primary beneficiaries with a one-seventh (1/7) share of the policy value. See pages two and three of **Exhibit B**.

14. Marianne, as William's POA, completed the beneficiary changes and signed the change document on December 1, 2016. See page four of **Exhibit B**.

15. Marianne, as William's POA, never signed any document agreeing to surrender the policy.

16. Marianne, as Williams POA, never received any money from Defendant that claimed to be the surrender value of the policy.

17. Following William's death, Marianne attempted to file the forms with Defendant to receive payment of the policy to the seven beneficiaries.

18. Marianne was not successful in obtaining the policy payout for the seven beneficiaries.

19. When contacted by attorneys for Marianne, Zina Evans, an employee of Defendant, stated that "the policy was surrendered and signed by [Marianne], but I don't show any funds were released to the policy owner." A true and accurate copy of the electronic mail communication is attached hereto and incorporated herein as **Exhibit C**.

20. Ms. Evans promised to forward all of the documents she had to Marianne's attorney, however no such documentation was ever provided.

21. Despite repeated overtures to Ms. Evans and Defendant, including through its statutory agent, Defendant has refused to respond to Marianne or her attorneys at all.

22. Plaintiffs have been harmed by Defendant's refusal to pay them Williams APLO life insurance policy (No. 92205706) in the amount of $161,197.00.

## COUNT ONE - BREACH OF CONTRACT

23. Plaintiffs restate and reallege the foregoing paragraphs as if fully restated herein.

24. Plaintiffs are the primary beneficiaries of the APLO policy (no. 92205706) with a value of $161,197.00.

25. William died on November 20, 2023.

26. Defendant has breached the APLO contract by failing to pay out the value to Plaintiffs.

27. Defendant's breach of the APLO policy has caused each Plaintiff damage in the amount of $23,028.14.

## COUNT TWO -BAD FAITH

28. Plaintiffs restate and reallege the foregoing paragraphs as if fully restated herein.

29. Plaintiffs are the primary beneficiaries of Policy No. 92205706 ("Policy") with a value of $161,197.00.

30. William died on November 20, 2023.

31. Marianne and Plaintiffs' counsel have repeatedly attempted to communicate with Defendant to receive the payout they are owed under the Policy.

32. Despite communications and acknowledgment by Defendant's representative, Defendant has failed to pay out the Policy.

33. Defendant has no lawful basis for its refusal to pay out the Policy when it has actual knowledge that no funds were released to the Policy owner.

34. Defendant has intentionally failed to determine whether there was any lawful basis for its refusal to pay out the Policy.

35. Defendant's bad faith have caused each Plaintiff damage in the amount of $23,028.14.

WHEREFORE, Plaintiffs Marianne Ellman, Vicki Portnoff, Jan Bernie, Bruce Bernie, Howard Bernie, Karen Wolfe, and Stephen Bernie demand the following relief in their favor:

    a. Damages against Defendant Transamerica Life Insurance Company in an aggregate amount of $161,197.00;

    b. Punitive damages;

    c. Pre- and post-judgment interest;

    d. Attorneys' fees and costs of this action;

    e. Any and all other legal or equitable relief as the Court finds just and proper.

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

By    */s/ Christopher R. Conard*
      Christopher R. Conard (0039751)
      Dina M. Cary (0068237)
      33 W. First Street, Suite 200
      Dayton, OH  45402
      Phone:  937-223-8177
      Fax:     937-223-6705
      E-mail:   conard@coollaw.com
                cary@coollaw.com

*COUNSEL FOR PLAINTIFFS*

015315\00200\4937-9794-7136.1



Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

December 8, 2016

William A Bernie
2100 Ridgeway Rd
Dayton, OH 45419-1319

Policy Number: 92205706
Insured(s): William A Bernie

Dear Policy Owner:

Thank you for your recent request.

As of December 1, 2016, your policy's net cash surrender value of $115,146.22 can be used for the following option:

APLO Option: Purchase Alternative Paid-Up life insurance coverage in the amount of $161,197.00 with a maturity date of December 1, 2059.

Provided there are no additional policy transactions, this quote is valid for 30 days from the date of this letter.

If you would like to proceed with the requested change, please sign and return the enclosure below. If we do not hear from you by January 8, 2017, we will close our files and this request will not be processed.

We appreciate your business and this opportunity to be of service to you. If you have any questions or need additional assistance, please contact the Customer Service Department from 7:00 a.m. to 6:00 p.m. Central Time, Monday through Friday at 1-800-852-4678.

Thank you for choosing Transamerica!

Customer Service Department
Fax 1-866-622-5051
TII.CustomerService@transamerica.com

cc: 736802 Bowers, Richard L
    Bowers, Richard L 736802

Enclosure(s): Paid Up Quote Election Form
              Return Envelope



EXHIBIT A

## PAID UP QUOTE ELECTION FORM

Owner's Name: William A Bernie
Policy Number: 92205706

I have reviewed the options available and authorize Transamerica to process:

✓ Alternative Paid-Up Life Insurance Option (APLO)

_____ Full Surrender

_____ Make no changes at this time

*Marianne S Ellman*             12/28/16
Owner Signature    POA          Date
           *William A Bernie*

███████████████             12/28/16
Owner's Social Security Number   Date



HP Photosmart 7520 Series

Fax Log for
ELLMAN
9372940055
Dec 28 2016 11:32AM

### Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Dec 28 | 11:31AM | Fax Sent | 18666225051 | 0:27 | 1 | OK |

# the office of the Transamerica companies.
# Go to www.transamerica.com for more information.

To: Fax Sender at 9372940055
From: AutoReply Fax System
Fax ID: FAX586382882BA7
Date Received: Your fax was received at 12/28/2016 9:14 AM [Central Standard Time]
Pages Received: 1

*This facsimile and related documents and communications contain information which may be confidential, privileged and proprietary to Transamerica Insurance and Investment Group and it's affiliates. Unless you are the addressee (or authorized to receive the communications on the behalf of the addressee) you may not use, copy or disclose to anyone the facsimile or any information contained in the documents. If you have received the facsimile in error, please advise the sender and thereafter, destroy the facsimile and any related documents and communications received.*



Transamerica Life Insurance Company
4333 Edgewood Road NE
Cedar Rapids, IA 52499

December 12, 2016

William A Bernie
5075 Yacht Harbor Cir Apt 603
Naples, FL 34112-6438

Policy Number: 92205706
Insured(s):   William A Bernie

Dear Mr. Bernie:

We received your requested change and have recorded it as submitted.

Our records have been revised to read as follows:

Primary Beneficiary(ies): Dr. Bruce Bernie, Dr, Howard Bernie, Karen Wolfe, Dr. Stephen Bernie, Dr. Jan Bernie, Marianne Ellman and Dr Vicki Portnoff will share equally

Contingent Beneficiary(ies): None

Legal Disclaimer: Such recording does not mean we have passed on the legal adequacy or validity of the documentation and/or transaction. Please consult your own legal or tax advisor for any such determination.

We appreciate your business and this opportunity to be of service to you. If you have any questions or need additional assistance, please contact the Customer Service Department at 1-800-852-4678.

Thank you for choosing Transamerica!

Customer Service Department
Fax 1-866-622-5051
tii.customerservice@transamerica.com

cc:   Richard Bowers 10465
Bowers, Richard L 736802





EXHIBIT B

COPY

Transamerica Life Insurance Company
Transamerica Premier Life Insurance Company
Fax Number 1-800-297-9120
Administrative Office located at: 4333 Edgewood Rd. NE, Cedar Rapids, IA 52499

**Beneficiary Change Form**

### Section 1: Policy Information

Policy Number(s) 92205706    Owner William A. Bernie
Owner Address 5075 Yacht Harbor Cir. #603  City/State/Zip Naples, FL 34112-6438
Insured William A. Bernie    Insured Phone No. _____
Insured Social Security No. [REDACTED]    Insured Birth Date [REDACTED]
Insured Address 5075 Yacht Harbor Cir. #603  City/State/Zip Naples, FL 34112-6438

### Section 2: Primary Beneficiary Information (If completed, revokes prior designations)

- Primary beneficiary: Receives any proceeds payable at the insured's death.
- The policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated.
- If additional space is needed, please write "See attached" on this form and attach an additional page. Please sign and date this form as well as the additional page(s).

**Primary Beneficiary(ies)**
If this section is left blank, the primary beneficiary will remain as currently listed on policy.

Name Dr. Bruce Bernie
Relationship Brother    Birth or Trust Date [REDACTED]    1/7 ☐ share equally OR ___ %
Address 33 Iron Bottom Ln.
City/State/Zip Daniel Island, South Carolina 29492
Phone Number 937-477-1637    SSN or Tax ID Number [REDACTED]

Name Dr. Howard Bernie
Relationship Brother    Birth or Trust Date [REDACTED]    1/7 ☐ share equally OR ___ %
Address 39 Chateau Valley Ln.
City/State/Zip South Lebanon, Ohio 45065
Phone Number 513-225-3280    SSN or Tax ID Number [REDACTED]

Name Karen Wolfe
Relationship Sister    Birth or Trust Date [REDACTED]    1/7 ☐ share equally OR ___ %
Address 5791 Stone Lake Drive
City/State/Zip Dayton, Ohio 45429
Phone Number 937-422-7646    SSN or Tax ID Number [REDACTED]

Name Dr. Stephen Bernie
Relationship Brother    Birth or Trust Date [REDACTED]    1/7 ☐ share equally OR ___ %
Address 3777 Bushnell Rd.
City/State/Zip University Heights, Ohio 44118
Phone Number 216-849-4222    SSN or Tax ID Number [REDACTED]

Primary Beneficiary Percentage Total (must equal 100%) ___ %

BEN-CSKC 02/14    1

Transamerica Life Insurance Company
Transamerica Premier Life Insurance Company
Fax Number 1-800-297-9120
Administrative Office located at: 4333 Edgewood Rd. NE, Cedar Rapids, IA 52499

**Beneficiary Change Form**

### Section 1: Policy Information

Policy Number(s) 92205706   Owner William A. Bernie
Owner Address 5075 Yacht Harbor Cir. #603  City/State/Zip Naples, FL 34112-6438
Insured William A. Bernie   Insured Phone No. _____
Insured Social Security No. [redacted]   Insured Birth Date [redacted]
Insured Address 5075 Yacht Harbor Cir. #603  City/State/Zip Naples, FL 34112-6438

### Section 2: Primary Beneficiary Information (If completed, revokes prior designations)

- Primary beneficiary: Receives any proceeds payable at the insured's death.
- The policy's death benefit will be paid to multiple beneficiaries in equal shares unless otherwise indicated.
- If additional space is needed, please write "See attached" on this form and attach an additional page. Please sign and date this form as well as the additional page(s).

**Primary Beneficiary(ies)**
If this section is left blank, the primary beneficiary will remain as currently listed on policy.

Name: Dr. Jan Bernie
Relationship: Brother   Birth or Trust Date: [redacted]
Address: 60 East End Ave. Apt. 25B
City/State/Zip: New York, New York 10028
Phone Number: 212-879-9474   SSN or Tax ID Number: [redacted]
1/7 ☐ share equally OR ___ %

Name: Marianne Ellman
Relationship: Sister   Birth or Trust Date: [redacted]
Address: 2100 Ridgeway Rd.
City/State/Zip: Dayton, Ohio 45419
Phone Number: 937-294-0047   SSN or Tax ID Number: [redacted]
1/7 ☐ share equally OR ___ %

Name: Dr. Vicki Portnoff
Relationship: Sister   Birth or Trust Date: [redacted]
Address: 77714 Cove Pointe Circle
City/State/Zip: Indian Wells, California 92210
Phone Number: 760-219-6929   SSN or Tax ID Number: [redacted]
1/7 ☐ share equally OR ___ %

Name: _____
Relationship: _____   Birth or Trust Date: _____
Address: _____
City/State/Zip: _____
Phone Number: _____   SSN or Tax ID Number: _____
☐ share equally OR ___ %

Primary Beneficiary Percentage Total (must equal 100%) ___ %

BEN-CSKC 02/14

1

Transamerica Life Insurance Company
Transamerica Premier Life Insurance Company

Fax Number 1-800-297-9120
Administrative Office located at: 4333 Edgewood Rd. NE, Cedar Rapids, IA 52499

# Beneficiary Change Form

## Section 4: Signatures and Date

**Please Note:** All policy owners must sign this Beneficiary Designation Form.

If this form is recorded by the Company, such recording does not mean that the Company has passed on the legal adequacy or validity of the change. Please consult your own legal or tax advisor for any such determination.

Unless we have been notified of a community or marital property interest in this policy, we will assume that no such interest exists and will assume no responsibility for inquiring whether such interest exists. By signing this form, the policy owner agrees to indemnify and hold us harmless from the consequences of making the changes requested in this document.

→ Owner Signature _Marianne B. Ellman POA_ (Required)   → Date _12/1/16_

Joint Owner Signature _____   Date _____
(if applicable)

Joint Owner Signature _____   Date _____
(if applicable)

Witness Signature (only required in MA) _____   Date _____
*Signature of the policy owner in MA must be witnessed by someone over the age of 18, not related to the policy owner(s), and not a named beneficiary.

If you have designated a beneficiary as irrevocable, the irrevocable beneficiary must sign this form. The irrevocable beneficiary must also sign any future beneficiary change requests. Please see Instructions.

Signature of Irrevocable Beneficiary: _____   Date _____
(if applicable)

A confirmation of the change will be mailed to the owner's address of record, unless one of the below options is selected. If there is more than one owner, please designate one email address or fax number.

By selecting the email or fax option below, I understand that confirmation will **not** be sent in paper form.

____ I would like confirmation of this change, or any questions related to the requested change, securely emailed to me at the email address provided below.

Email Address (Print)_____

____ I would like confirmation of this change, or any questions related to the requested change, faxed to the fax number below.

Fax Number_____

BEN-CSKC 02/14                                                                                                                     3

## Jeffrey A. Winwood

**From:** Evans, Zina - TCS <Zina.Evans@transamerica.com>
**Sent:** Wednesday, January 31, 2024 10:35 AM
**To:** Jeffrey A. Winwood
**Cc:** Marianne Ellman
**Subject:** RE: William Bernie - Transamerica Policy # 92205706

Good morning,
I have spoken with Mrs. Ellman, and I took the information to the supervisors, but I haven't heard anything about it. I apologize I was out of the office for a few days I had a death in my family, and I took off some time and for that I apologize sincerely for not getting back with her.

As I explained to Mrs. Ellman, the policy was surrendered and signed by Mrs. Ellman, but I don't show any funds were released to the policy owner. I am back in office today and I am going to sit down with my supervisor to discuss this matter further to try and get some resolve.

I will forward you all the documents I have, and I can talk whenever you would like. Let me know and I can call you to discuss it at your convenience.
I am in office today until 6pm CST.

Thank you,
Zina Evans

**From:** Jeffrey A. Winwood <Winwood@coollaw.com>
**Sent:** Wednesday, January 31, 2024 8:27 AM
**To:** Evans, Zina - TCS <Zina.Evans@transamerica.com>
**Cc:** Marianne Ellman <handmellman@gmail.com>
**Subject:** William Bernie - Transamerica Policy # 92205706

Dear Ms. Evans,

I am an attorney in Dayton, Ohio handling the William Bernie Estate. Bill died on November 20, 2023. His sister, Marianne Ellman, is the trustee of his trust and is the executor of his estate.

Marianne brought to my attention Bill's Transamerica Policy (#92205706). She indicated that she had been in touch with you on this policy. I think Bill's brothers and sisters are the beneficiaries. When I attempted to secure claim forms on line, the message received was that online services were not available and to contact customer service instead. I then contacted the local Transamerica agent here in Dayton and was told that policy number 92205706 is not in the Transamerica system.

So, it is my hope that I can call you on behalf of Marianne and the other siblings and discuss the status of the policy. Please let me know when it would be convenient to place a call to you. Thanks.

Jeffrey A. Winwood
Attorney at Law
Coolidge Wall Co., L.P.A.
33 West First Street, Suite 600
Dayton, Ohio 45402-1289
winwood@coollaw.com

Tel: 937.223.8177
Fax: 937.223.6705
DID: 937.449.5532



1